UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS BRUCE | * | CIVIL ACTION NO.: 17-3940 |
| | * | |
| VERSUS | * | SECTION: "H" (5) |
| | * | |
| ANCRA INTERNATIONAL, LLC and/or ANCRA INTERNATIONAL CORPORATION and/or ANCRA INTERNATIONAL, LLC OF DELAWARE | * | JUDGE: JANE TRICHE MILAZZO |
| | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |

*******************************************************************

## AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned Counsel comes Plaintiff, Thomas Bruce, to file this Amended Complaint for Damages against Defendant, **Ancra International, LLC and/or Ancra International Corporation and/or Ancra International LLC of Delaware** (hereinafter collectively referred to as "**Ancra**"), as follows:

1

I.

Plaintiff, Thomas Bruce, is a person of the full age of majority and is domiciled in and a resident of the Parish of Lafourche, State of Louisiana.

II.

IIa.

Made Defendant herein is, Ancra, a Delaware limited liability company having its principal place of business in the State of California.

IIb.

Ancra's managing member is The Heico Companies, LLC, a limited liability company having its principal place of business in the State of Illinois.

III.

Jurisdiction is proper under 28 U.S.C. §1332, as Plaintiff and Defendant are diverse and the amount in controversy exceeds $75,000.

IV.

Venue is proper as the events and damages sued upon occurred within this district.

V.

Defendant, Ancra, manufactured, distributed and sold the winch bar that was involved in a May 30, 2016, accident which caused plaintiff, Thomas Bruce, to sustain devastating injuries and damages.

## VI.

On May 30, 2016, plaintiff, Thomas Bruce, was working for his employer, Dufrene Building Materials, and was using the subject winch bar in a reasonably foreseeable fashion; specifically, Mr. Bruce was using the winch bar to tighten straps around building materials that were to be transported.

## VII.

As Mr. Bruce was using the winch bar for its intended use, that is to tighten the straps, a piece of the winch bar sheared off and the winch bar struck him, primarily on the shoulder. He fell, sustaining further injury to his knee, shoulder and other parts of his body.

## VIII.

Ancra was responsible for the manufacture, distribution and sale of the winch bar.

## IX.

Prior to the accident, the winch bar appeared to be in good condition and had no apparent defects.

## X.

Plaintiff, Thomas Bruce, was using the winch bar in a reasonably foreseeable manner.

## XI.

The winch bar in question was defective and unreasonably dangerous under the Louisiana Products Liability Act.

## XII.

Specifically, the winch bar was unreasonably dangerous in design because the design utilized by the manufacturer is prone to failure in reasonably foreseeable use. At the time that the winch bar was manufactured, feasible alternative designs existed which would have decreased or eliminated the risk of failure, but those designs were not utilized by Ancra.

## XIII.

Further, the winch bar was unreasonably dangerous in construction or composition because, at the time it left the control of the manufacturer/Defendant it materially deviated from the manufacturer's specifications or performance standards and/or from otherwise identical winch bars manufactured by Defendant.

## XIV.

The winch bar was also unreasonably dangerous because of the failure of Defendant to give an adequate warning about the dangers posed by the winch bar and by the risk of failure of the winch bar in reasonably foreseeable use.

XV.

The winch bar was also unreasonably dangerous because it failed to conform to at least one express warranty.

XVI.

As a result of the accident, plaintiff, Thomas Bruce, sustained personal injuries and continues to suffer from those personal injuries, and he sustained and continues to incur damages, past and future, including but not limited to: medical and hospital expenses, physical, emotional and mental pain and suffering, loss of earnings, loss of earning capacity, mental anguish, emotional distress, loss of enjoyment of life, permanent disability, economic losses, disfigurement, scarring and other harm, injury and damage.

XVII.

Plaintiff prays for a trial by jury.

**WHEREFORE**, Plaintiff, Thomas Bruce, respectfully prays:

1. That this Complaint for Damages be filed, and Defendant duly cited and served;

2. After due proceedings are had, there be judgment in favor of Plaintiff, and against Defendant, for all relief prayed for herein and/or recoverable as a matter of law on all counts set forth herein, judicial interest as allowed by law, as

well as for all costs, fees, expenses and attorney's fees incurred in the prosecution of this litigation, as well as interest on those sums; and

3. For any and all such other relief available at law or equity and that may be determined by this Court to be just and proper.

Respectfully Submitted:

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

/s/ Michael D. Letourneau
_____
Gary J. Gambel (#19864)
Michael D. Letourneau (#32556)
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574

AND

/s/ Jennifer N. Willis
_____
JENNIFER N. WILLIS (#14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone:   (504) 488-6301
Facsimile:   (504) 488-6302
*Attorneys for Plaintiff, Thomas Bruce*

**PLEASE SERVE:**
**ANCRA INTERNATIONAL, LLC**
**Through CT Corporation System**
**818 West 7th Street #930**
**Los Angeles, CA 90017**