## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **THOMAS BRUCE** | * | **CIVIL ACTION NO.** |
| **VERSUS** | * | **2:17-cv-03940-JTM-JCW** |
| **ANCRA INTERNATIONAL, LLC** | * |  |

*********************************************

### MOTION TO EXCLUDE TESTIMONY OF MARSHAL CLARK

NOW INTO COURT, through undersigned counsel, comes plaintiff, Thomas Bruce, who moves this Honorable Court to exclude the proffered expert testimony of Marshal Clark for the reasons more fully set forth in the attached, supporting memorandum.

Respectfully submitted:

*/s/ Jennifer N. Willis*
JENNIFER N. WILLIS  (#14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:     (504) 488-6301
Facsimile:      (504) 488-6302
jenniferwblaw@bellsouth.net

GARY J. GAMBEL   (#19864)
MURPHY, ROGERS, SLOSS, GAMBEL
  & TOMPKINS
One Shell Square, Suite 400
701 Poydras Street
New Orleans, Louisiana   70139
Telephone:  (504) 523-0400
Facsimile:     (504) 523-5574
ggambel@mrsnola.com

*Counsel for Plaintiff, Thomas Bruce*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been served on all counsel of record electronically using the Court's CM/ECF system, to which all attorneys in this case have subscribed, on this 24th day of January, 2018

*/s/ Jennifer N. Willis*
