# Conclusions

The following conclusions are true to a reasonable degree of scientific and engineering certainty. They are based on my academic training and professional experience.

- The Subject winch bar failed as the result of growth of pre-existing cracking in the Heat Affected Zone (where the bar tip was welded to the tubular handle), under repetitive loading.
- Cracking in the Heat Affected Zone is a welding defect, and was not an intended feature of this product or its design.
- The cracking occurred due to welding of a component of hardened steel, (the hardened "Optional Material" utilized for this part), in a thick section (e.g. the 1.02" diameter bar stock of the failed fitting) and hydrogen uptake in the weld (which could have come from oily or dirty steel, moisture in welding consumables, condensation, the chrome plating process or from some combination of those conditions).
- The cracking which led to final failure of the bar constitutes a defect of manufacture.
- The cracking which grew to final failure would not have been visible to the user at the time of purchase.

