EXHIBIT
C
tabbies

DWG. NO. 44394 REV E SH 1
THE INFORMATION AND DESIGN DISCLOSED HEREIN WAS ORIGINATED BY AND IS THE PROPERTY OF ANCRA INTERNATIONAL. ANCRA INTERNATIONAL RESERVES ALL PATENT PROPRIETARY, DESIGN, MANUFACTURING, REPRODUCTION, USE AND SALES RIGHTS THERETO, AND TO ANY ARTICLE DISCLOSED HEREIN, EXCEPT TO THE EXTENT RIGHTS ARE EXPRESSLY GRANTED TO OTHERS IN WRITING. THE FOREGOING DOES NOT APPLY TO VENDOR PROPRIETARY PARTS.
REVISION RECORD (SEE ENGR. ORDERS FOR DESC. OF PREV. REVISIONS)
REV | DESCRIPTION | BY | CHK | APP | DATE
B | ADDED BAR CODE, SEE E.O. 27076 | TLT | WB | EM | 06/10/03
C | DELETE BAR CODE, ADD MADE IN CHINA | ES | BS | TK | 07/31/08
D | ADDED -11, EO-E2617 | BJW | ES | TK | 5/09/11
E | REVISED LABELS, EO-E3143 | ES | ES | TK | 5/10/12
7.50
1.50 TYP.
! WARNING !
FAILURE TO FOLLOW THESE INSTRUCTIONS MAY RESULT IN DAMAGE AND/OR PERSONAL INJURY
FIG 1
FIG 2
CAUTION
44394-10
RED INK FOR "WARNING"
1.50 TYP.
8.25
44394-11
NOTES
UNLESS OTHERWISE SPECIFIED:
1. LABEL IS TO HAVE SPLIT BACKING 2" FROM LEFT END.
2. PRINTING IS ON A PRESSURE SENSITIVE ADHESIVE BACKED CHROME TOTE POLYETHYLENE MATTE. AFTER PRINTING LABEL IS COVERED WITH A CLEAR MYLAR LAMINATE COAT.
DWG. NO. 44394 REV E SH 1
1 | -- | 2 | -02 | | | 2
-- | 1 | 1 | -01 | | | 2
-11 | -10 | ITEM | PART NO. | NOMENCLATURE | STOCK SIZE | MATERIAL
APPLIED PROD. EL SEGUNDO, CA. OR EQUIV.
MATERIAL SPEC/SOURCE
KNOX
NEXT ASSEMBLY | QTY REQD
42313-V | 1(-10)
50015-V | 1(-10)
42313-12 | 1(-11)
50015-21 | 1(-11)
UNLESS OTHERWISE SPECIFIED
THIS DWG. CONFORMS WITH ANS. Y14.5
ALL MACH SURFACES TO BE 125/ PER ASA B46.1 AND FREE FROM FLAWS.
BREAK ALL SHARP EDGES .015 R MAX.
REMOVE ALL BURRS.
FILLET RADII .010 MAX.
PART MARKINGS TO CONFORM TO ECS-B20
DIMENSIONS ARE IN INCHES.
DIMENSIONS APPLY AFTER FINISH.
TOLERANCES: .X ±.1 .XX ±.03 .XXX ±.010 ANGLES ± 1°0' FRACTIONS ±
DRAWN H.T.KNOX 11/26/85
CHECKED MARSELOS 11/26/85
ENGINEER
STRESS
APPROVED H.T.KNOX 11/26/85
FINISH
HEAT TREAT
ANCRA INTERNATIONAL
ERLANGER, KY 41018
TITLE
LABEL-WINCH BAR
CUSTOMER APPROVAL
SCALE: FULL
CALC WEIGHT LBS.
SH 1 OF 1
FSCM 0VU83
SIZE B
DWG. NO. 44394
REV E



