UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS BRUCE** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | 2:17-cv-03940-JTM-JCW |
| | * | |
| **ANCRA INTERNATIONAL, LLC** | * | |
| | * | |

*******************************************

## DECLARATION OF JOSEPH B. PARSE, Ph.D.

I, Joseph B. Parse, Ph.D., declare:

(1) I am giving this declaration of my own personal knowledge;

(2) I am a member of the academic staff of the Massachusetts Institute of Technology and a failure analyst.

(3) I have examined the subject bar in this case and have offered an opinion.

(4) I have also reviewed the report of Dr. Marshal Clark and the photographs contained therein.

(5) The single photograph offered from Dr. Clark's use of a scanning electron microscope fails to provide information sufficient to conduct a valid scientific analysis in this case.

(6) The choice of a 25x magnification is puzzling, as the microscope that Dr. Clark used could have provided a higher magnification that would have provided valuable information.



EXHIBIT D

(7) There is no valid scientific reason for choosing such a low magnification for purposes of this analysis. The ASM Metals Handbook, Vol. 9 (8'th Ed.), *Fractography and Atlas of Fractographs*, 1974 provides electron micrograph images illustrating the appearance of fractures representing hydrogen embrittlement. Those images are at magnifications ranging from **~3,300 X to ~8300X**. Thus, <u>the single photograph offered by Dr. Clark is at a magnification more than 100 times less than is typically used to demonstrate hydrogen embrittlement</u>. Further, said photograph (Fig. 28 in Dr. Clark's report) is only poorly focused, and is actually extremely out-of-focus at the outer perimeter of the bar's fracture surface, where the cracking initiated and where investigation should be focused, rendering the photograph of no investigative use.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Executed this 24th day of January, 2018 in Stow, Massachusetts.

*Joseph B. Parse*

_____

JOSEPH B. PARSE, Ph.D.