

**Investigative Engineering**

**Corporation**

Report on the Matter of:

Thomas Joseph Bruce, Jr.

v.

Ancra International, Inc.

Civil Action: No. 2:17-CV-3940

January 5, 2018

Prepared for
Lewis Brisbois Bisgaard & Smith, LLP
400 Poydras Street, Suite 1320
New Orleans, Louisiana 70130



EXHIBIT
E

3 Glenview Drive
Littleton, CO 80123
Phone: 720-287-3983



January 5, 2018                                        Report No.: IEC-17-020-1 R1

# Thomas Joseph Bruce, Jr.

## v.

# Ancra International, Inc.

# Civil Action: No. 2:17-CV-3940

The findings, opinions, and conclusions contained in this report are based on information available to Investigative Engineering Corporation as of the date of the report. We reserve the right to modify our findings, opinions, and conclusions in this report if new relevant information is obtained.

Author: _____                    Date: January 5, 2018

Marshal D. Clark, Ph.D., P.E.
Principal
Investigative Engineering Corp.

i

January 5, 2018                                           Report No.: IEC-17-020-1 R1

INTRODUCTION AND SUMMARY OF OPINIONS

Dr. Marshal Clark of Investigative Engineering Corporation (IEC) was retained by Lewis Brisbois, as counsel to Ancra International Inc. (Ancra) in the matter of Thomas Bruce v. Ancra International, Inc., No. 2:17-CV-3940. Dr. Clark was retained to analyze and provide opinions relating to the cause of failure of a winch bar which failed during use by Mr. Thomas Bruce. The tip of the winch bar failed adjacent to the circumferential weld sealing the tubular bar handle to the machined and formed tip.

The failure of Mr. Bruce's winch bar was the result of the user failing to follow the manufacturer's instructions regarding proper use of the bar, or to perform the manufacturer's recommended inspections.

Failure of the subject winch bar was the due to low cycle fatigue resulting from the repetitive application of excessive forces. The fatigue crack propagated more than halfway across the solid tip section of the bar, until a critical flaw size for the applied load was reached. Once the critical flaw size was reached, the remaining cross section (approximately 20 percent) failed in fast fracture.

To avoid injury to the user, literature and training videos provided by Ancra, as well as Recommended Standard Specifications published by the Web Sling & Tie Down Association (WSTDA), advise the user to maintain secure footing on the ground and to stand clear (to one side) of the winch bar handle during operation. Ancra documentation also cautions the user of a standard combination box end winch bar to use the bar with the tip angled down because failure to do so may result in the bar rotating during use, causing injury to the user.

During proper use of the winch bar (i.e., with the user's feet on the ground), the maximum downward force that can be applied to the bar is essentially the user's body weight without the user being lifted from the ground. Fracture features demonstrate the forces resulting in the fatigue cracking were applied to the bar from two opposing directions, indicating the winch bar had repeatedly been used with the tip angled both down (correct usage) and up (incorrect usage). If the winch bar was only used for its intended application and was properly inserted through the winch end cap holes, with the winch bar tip angled downward, any fatigue crack growth would only occur from the outside radius side of the bar.

Oxidation (light rusting) of the fracture surface shows that two sizeable fatigue cracks (from previous use) were present at the tip of the winch bar prior to the last use (which resulted in failure). Ancra[1,2] recommends that the winch bar user visually inspect the winch bar for metal or weld cracks and that any winch bar demonstrating these conditions be discarded. Based upon the

---

[1] Ancra International Inc., *Cargo Control 101 Training Video,* from 5:57 to 6:14, at
https://www.ancracargo.com/hd-cargo/videos/
[2] Ancra International Inc., *Ancra Promo Video,* from 9:04 to 9:22, at https://www.ancracargo.com/hd-cargo/videos/

January 5, 2018                                                    Report No.: IEC-17-020-1 R1

oxidation, a crack at least 0.275 inches deep and extending more than 1/3 of the way around the shaft was present along the inside radius of the tip bend and a second crack, at least 0.125 inches deep and extending almost 1/3 of the way around the shaft was present along the outside radius of the tip bend.

If the winch bar was used properly, the fracture features in the overload region of the fracture demonstrate final fracture of the bar occurred with the winch bar improperly inserted in the winch (with the tip angled up). This is contrary to Mr. Bruce's testimony.

Mechanical damage to the box end of Mr. Bruce's winch bar documents its improper use. While there is no known direct correlation to the failure at the winch bar tip, mechanical damage (brinelling) on box end indicates a bar was inserted at an angle through the box end and either the winch bar was used to leverage that bar, or it is possible the angled bar was used as a "cheater bar" to apply additional force to a winch.

Based upon fractographic examination, there are no observable pre-existing manufacturing flaws associated with the failure.

QUALIFICATIONS OF DR. MARSHAL D. CLARK

Dr. Marshal Clark is a Principal and President of Investigative Engineering Corporation (IEC), an engineering consulting firm that provides engineering, failure analysis, condition assessment, and asset management consulting services to the utility and energy related industries.

Dr. Clark received a Bachelor of Science degree in Metallurgical Engineering from the Colorado School of Mines in 1979, and a Doctorate of Philosophy in Metallurgical and Materials Engineering, also from the Colorado School of Mines, in 2001.

Dr. Clark is a licensed Professional Engineer in Colorado, Wyoming, Nebraska, Iowa and Utah and an Adjunct Associate Professor of Metallurgical Engineering at the University of Utah.

Dr. Clark has more than 35 years of relevant work experience including metallurgical failure analyses and root cause analyses.

Dr. Clark is a member of the American Society for Testing and Materials International Committee A01 on Steels, Stainless Steel and Related Alloys, and Committee E30 on Forensic Sciences; AWS International (American Welding Society); ASM International (American Society for Metals); NACE International (National Association of Corrosion Engineers), and the National Society for Professional Engineers. Further details of his education, engineering experience, and publication record are presented in his Curriculum Vitae, which is attached as Appendix A.

January 5, 2018                                                    Report No.: IEC-17-020-1 R1

BACKGROUND

*Description of Winch Bar*

The Ancra Model 42313-12 Combination-Box End winch bar (see Figure 1) consists of three
components (the tip fitting, handle and box end) welded into a single assembly. The solid tip fitting
(see Figure 2) is 7.25 inches long and consists of a 3.7 inch long x 1.02 inch diameter straight bar
section, and a tapered end section with a mushroomed head extending down at a 22° angle inserted
into the tubular handle and plug welded at two locations three inches away from the end of the
tubular handle. In addition to the plug welds, the joint between the end of the tubular handle and
the solid tip fitting is seal welded with a circumferential weld. The upper end of the bar consists
of a box end intended for assisting with releasing lever chain load binders.

The failed winch bar was assembled for Ancra by Asian Industrial. No information was provided
regarding the welding process or the welding procedures used; however, based upon visual
examination the weld joint, it is probable the seal weld is produced with a wire feed process such
as Gas Tungsten Arc (GTA) or Gas Metal Arc (GMA). Both processes are expected to produce
low hydrogen weld deposits.

According to the Ancra drawing numbers 42313[3] and 44176[4] the fitting (tip) at the time of
manufacture of the failed bar, was to be produced from 1018-1025 cold drawn steel, or 1018-1036
hot rolled steel which has been heat treated after machining and forming to develop a strength of
100 to 140 ksi (Rockwell C reference hardness of 20-30). The handle portion of the assembly was
to be produced from Q235 steel.[5]

The final assembly is bright chromium plated and, after plating, the tip end and approximately 14
inches of the lower end of the handle are painted yellow. A 1" x 2" bar code and a 1.5" x 8.5"
warning label are applied at approximately the center of the bar. The bar code and warning label
are applied after plating and painting. Figure 3 shows the required warning label.

---

[3] Ancra International Inc., Drawing No. 42313, *Winch Bar*, SHT 1 and 2, Revision AR, dated 6/25/12.
[4] Ancra International Inc., Drawing No. 44176, *Fitting - Winch Bar*, Revision D, dated 7/16/09.
[5] Q235 is a Chinese steel designation which is similar to SAE 1018-1020 plain carbon steel.



Figure 1: Drawing of the Ancra Model 42313-12 Combination-Box End winch bar with key parts identified.



Figure 2: Drawing of the tip fitting for the Model 42313-12 Combination-Box End winch bar.



Figure 3: Warning label applied to the Ancra 42313-12 winch bar fabricated near the end of 2013.

January 5, 2018                                                       Report No.: IEC-17-020-1 R1

*Description of Winch*

The intended function of the Ancra winch bar is to assist with securing cargo loads using web tie down straps and web winches. Web winches are produced in a wide range of designs to accommodate different means of attachment to the cargo trailer but the basic components of these winches are similar and are shown in Figure 4. The web winch is to be positioned so that the pawl is free-floating and pivots into the sprocket by gravity. The tip of the winch bar is to be inserted through two of the holes and used to tension or release the winch binder straps.



Figure 4: Schematic of a web strap winch identifying the major components.

ANALYSIS

IEC performed visual and fractographic analyses on Mr. Bruce's failed winch bar. In addition, IEC performed an examination of two exemplar Ancra 42313-12 combination box winch bars, which were commercially obtained. The manufacturing code on Mr. Bruce's winch bar indicates a fabrication date of late 2013,[6] while the exemplar bars indicate fabrication dates of 2017. All three winch bars were fabricated by Asian Industrial.

Plaintiff's counsel denied IEC's request to perform limited destructive testing on Mr. Bruce's winch bar. These tests would have allowed for verification of the materials of construction,

---

[6] The manufacturing code consists of an eight digit identifier of the form XX-XXXX-XX. The first two digits are a manufacturer code, the next four digits correspond to the year of manufacture and the last two digits correspond to the month of manufacture. The month code on the failed which bar has been partially obscured by mechanical damage. The failed winch bar was manufactured in October, November or December of 2013.

January 5, 2018                                          Report No.: IEC-17-020-1 R1

characterization of the electro coating, evaluation of the microstructure (including the effects of welding and heat treatment) and, if present, the identification of any microstructural imperfections.

To assist with a more thorough understanding of the means of thermo-mechanical fabrication used in the production of the Ancra 42313-12 winch bar and to correlate metallurgical features in the exemplar with fracture features on the failed bar, IEC performed limited metallographic characterization on one of the exemplar bars. These characterizations consisted of a longitudinal micro- and macrosections through the tip.

*Visual Examination*

Figure 5 is a photograph showing the as-received condition of Mr. Bruce's winch bar. Figures 6 and 7 are photographs showing the separation at the bar tip. The fracture occurred adjacent to the circumferential weld that sealed the end of the tubular handle to the solid tip fitting.

Mechanical abrasions, dents and wearing of the painted and chromium plated surfaces of the bar demonstrate the winch bar has experienced considerable use (see Figures 8 through 11). The warning and bar code labels were completely absent. If the labels had been lost through wear, it is expected portions of the labels would remain. The complete absence of the any remnants of the warning and bar code labels suggests they may have been removed.

Mechanical damage observed on the box end of Mr. Bruce's winch bar documents its improper use (see Figures 12-14). The mechanical damage (brinelling) on box end indicates a bar was inserted at an angle through the box end (as shown in Figure 14) and either the winch bar was used to leverage that inserted bar, or it is possible the angled bar was used as a "cheater bar" to apply additional force to a winch.

Permanent deflection in the bar was measured over the length of the handle (25 inches) using a dial indicator placed on the surface at approximately the center of the bar. The ends of the handle were supported by machined v-blocks resting on a milling machine table. The handle of the subject bar showed a permanent mid-bar deflection (bow) of approximately 0.06 inches, which was more than double that measured on an exemplar bar. The direction of the bow is consistent with bending which would occur if a cheater bar was used through the box end as shown in Figure 14.

January 5, 2018                                        Report No.: IEC-17-020-1 R1



Figure 5: As-received photomicrograph showing the failed winch bar. Failure occurred at the toe of the weld joining the bar section to the tip fitting. Note the absence of the bar code and warning labels.



Figure 6: Photograph showing the fracture through the tip fitting. The solid tip fitting is attached to the tubular handle using a 5/16 inch plug weld (seen in the left hand side of the photograph) from both sides. A circumferential seal weld is also used to join the end of the tubular bar to the tip fitting.

January 5, 2018                                        Report No.: IEC-17-020-1 R1



Figure 7: Photograph showing the fracture surfaces associated with the two halves of the tip fitting.



Figure 8: Photograph showing wear, abrasion and mechanical damage to one side of the tip end of the winch bar handle. The reddish colored strip in the center appears to be a region were the surface of the bar was scuffed sufficiently to at least partially remove the paint and bright chrome plating exposing the copper underplating.

January 5, 2018                                      Report No.: IEC-17-020-1 R1



Figure 9: Photograph showing wear, abrasion and mechanical damage to opposite side of the tip end of the winch bar handle from that shown in Figure 8. A "vee-shaped" copper colored region suggests the copper underplating was exposed in this region as well.



Figure 10: Photograph showing a dent in the diamond knurled region near the box end of the winch bar.

January 5, 2018                                       Report No.: IEC-17-020-1 R1



Figure 11: Photograph showing additional dents in the handle near the box end.



Figure 12: Photograph showing brinelling on the edge of the box end cross piece and strap.

January 5, 2018                                        Report No.: IEC-17-020-1 R1



Figure 13: Photograph showing brinelling on the manufacturing code side of the box end cross piece.



Figure 14: Photograph showing a Teflon rod in the orientation required to cause the observed brinelling to the box end components.

*Stereo and Keyence VHX-5000 Digital Microscopy*

The fracture surface on Mr. Bruce's winch bar was thoroughly documented using stereomicroscopy and a Keyence VHX-5000 digital microscope.

January 5, 2018                                              Report No.: IEC-17-020-1 R1

The salient features observed on the tip side fracture surface from the failed winch bar are shown in Figure 15. There are three distinct fracture regions:

1.  An outer fatigue region where the surface has been oxidized (light blue region in Figure 16).
2.  An inner fatigue regions where the fracture surface remains relatively bright and free of oxidation (light green region in Figure 16).
3.  A final overload region (gray region in Figure 16).

The fatigue regions of the fracture are easily identified by the presence of beach or arrest marks. Arrest marks represent a halt in the forward propagation of a crack front or a change in the rate of fatigue crack growth rate.

The outer fatigue regions have been darkened by oxidation indicating these regions of the fracture occurred a significant period of time prior to the inner fatigue and overload regions. It is possible the outer fatigue regions themselves developed as a result of multiple uses, with each use where excessive loads were applied accounting for a portion of the outer fatigue region, but there is insufficient information to make this determination. All that can be concluded is the outer fatigue region was present, and was allowed to oxidize during an extended period of time prior to the fatigue cracking in the inner fatigue region.

The inner fatigue region represents one or more uses after the outer fatigue region fracture had oxidized.

The presence of fatigue zones on opposing sides of the tip indicates that the winch bar was used in both the recommend position (with the tip angled down) and in the unsafe position (with the tip angled up) throughout its life. Fatigue cracking is only expected under tensile stresses. If properly used, the winch bar is only used under tension (either to tighten or release the winch) and it should not be possible to apply a significant upward force on the bar during use, unless the winch is bound, or if the winch bar is used in an unintended application (such as a pry bar).

The final overload region (see Figure 17a) represents the final fracture and is characterized by two zones. The larger inner zone represents the fast fracture zone once the critical flaw size (from fatigue cracking) was reached. This inner region contains radial lines (see Figure 17b) which radiate outward from the side where the final fracture initiated. The use of radial lines to identify the direction of crack growth has been well documented for more than a century.[7] The orientation of the radial lines demonstrate that the final fracture grew from the fatigue crack initiated on the inside radius bend of the fitting. This crack growth direction, if it occurred while using the winch bar to tighten or release a winch, demonstrates the tip fitting was angled upward contrary to the

---

[7] A. Martens, *Handbook of Testing Materials, Parts I and II*, (English Translation), Wiley, New York, 1899.

manufacturer's safety recommendations. Also shown in Figure 17(b) are the approximate shear zones which correspond to the very last portions of the winch bar cross section to fail.



Figure 15: Keyence digital image of the fracture surface annotated with key dimensions of the salient features.



Figure 16: Keyence digital image of the fracture surface indicating the, three key fracture regions.

January 5, 2018                                                    Report No.: IEC-17-020-1 R1



(a)



(b)

Figure 17: (a) Keyence digital image showing the final overload region of the fracture on the
failed winch bar. (b) Annotated region showing the direction of final fracture growth (based on
the radial lines) and the shear zones at the very end of fracture.

*Examination of Exemplar Winch Bars*

As previously indicated, IEC commercially obtained two exemplar Ancra 42313-12 combination
box winch bars (see Figure 18). The exemplar winch bars had codes of BL-2017-09 (arbitrarily
identified as A) and BL-2017-03 (arbitrarily identified as B) indicating these bars were also
fabricated by Asian Industrial, but in September and March of 2017, respectively. The overall
appearance, geometry and configuration of the exemplar bars appear identical to the failed bar;
however, the exemplar bars have a bar code and warning label (see Figure19).

The tip end of one of the exemplar bars (B) was removed and sectioned longitudinally. One half
of this tip section was ground through 320 grit and macro etched. The portion of the opposite half,
which contained the circumferential handle to tip weld, was cold mounted in epoxy resin, prepared
for metallographic examination using standard metallographic practices and examined in both the
unetched and etched conditions.

Figure 20 is a photograph showing the macroetched longitudinal section through the tip end of the
exemplar winch bar, and Figures 21 through 23 are higher magnification macros (from the
metallographic sample) showing the appearance of the welds and heat affected zones (HAZs).

January 5, 2018                                                      Report No.: IEC-17-020-1 R1

Figure 24 is an annotated copy of Figure 21 identifying the location of the weld deposits and heat affected zones. Figure 24 also identifies the presence of a microstructural layer along the outside surface of the solid tip fitting. Examination of the microstructures of these regions (see Figures 25 and 26) demonstrate the layer is due to the difference in the etching response at the outer surface of the fitting compared to the middle of the fitting. The microstructure at the surface of the fitting (and extending down approximately 0.125 inch) is tempered martensite, while the microstructure at the center of the fitting is a mixture of ferrite and fine pearlite/bainite. Martensite is produced by rapidly quenching (water or oil) medium carbon steels; however, with increasing distance from the surface of the part, the cooling rates are decreased and microstructural constituents including ferrite, pearlite and bainite are expected.

For reasons similar to those described above for the formation of the microstructural layer along the outer surface of the fitting, the HAZs of the weld deposits also show up with etching. When a part is welded, the molten weld pool is at a temperature of approximately 5200°F; however, with increasing distance from the fusion line, the maximum temperature reached in the adjoining base metal decreases with distance from the weld. The HAZ is a zone of base metal adjacent to the weld deposit whose microstructure has been altered by heating from the weld bead and then cooling once the weld bead is deposited and the welding arc is removed.

The microstructure of the HAZ in medium carbon steel is varied (see Figure 27). Closest to the fusion line is the coarse grained HAZ (cgHAZ). A little farther away from the fusion line is the fine grained HAZ (fgHAZ), and the farthest away from the fusion line (next to the unaffected base metal microstructure) is the intercritical HAZ (icHAZ). The microstructures of the various regions of the HAZ etch differently.

Dr. Parse opines that the red circles, shown in Figure 4 of his report, [8] outline the HAZ of the handle to tip circumferential weld. IEC disagrees. Examination of the failed tip shows that the fracture is reasonably flat across the bar which would not be true if it followed the HAZ. As observed in the cross sections of the exemplar through the handle to fitting weld (Figures 20-24, and 27), the HAZ is semicircular. If the zone indicated by Dr. Parse were the HAZ, the fracture would be expected to "cup in" on the edges, and it does not. To an engineering degree of certainty, the zone indicated in Figure 4 of Dr. Parse's report is due to the microstructural difference between the fitting's surface and center, as a result of heat treating the fitting. This region essentially defines the distance below the surface that a martensitic microstructure formed.

---

[8] Report of Joseph B. Parse, Ph.D., *Thomas Bruce Matter: Winch Bar Failure*, November 6, 2017.

January 5, 2018                                                        Report No.: IEC-17-020-1 R1



Figure 18: Exemplar Ancra 42313-12 combination box winch bars.



Figure 19: Photograph showing the warning label attached to one of the exemplar Ancra 42313-12 winch bars.

January 5, 2018                                    Report No.: IEC-17-020-1 R1



Figure 20: Macroetched longitudinal section through the tip and lower handle of Exemplar B.



Figure 21: Longitudinal metallographic section through the handle to tip weld in Exemplar B.

January 5, 2018                                                    Report No.: IEC-17-020-1 R1



Figure 22: Close-up showing the cross section through the handle tip weld, along the inside radius of the tip bend, in Exemplar B.



Figure 23: Close-up showing the cross section through the handle tip weld, along the outside radius of the tip bend, in Exemplar B. Note, this sample is mounted in clear epoxy and the swirl of paint at the toe of the weld is just loose material from sectioning trapped in the epoxy.

January 5, 2018                                    Report No.: IEC-17-020-1 R1



Figure 24: Annotated longitudinal metallographic section through the handle to tip weld in Exemplar B.



Figure 25: Tempered martensitic microstructure observed near the outer surface of the exemplar tip fitting.

Case 2:17-cv-03940-JTM-JCW   Document 35-6   Filed 01/24/18   Page 23 of 29



Figure 26: Ferritic and fine pearlitic/bainitic microstructure observed at the center of the exemplar tip fitting.



Figure 27: Annotated, composite photomicrograph of the tubular handle-to-tip fitting weld deposit.

*Scanning Electron Microscopy*

The ability to thoroughly examine the fracture surface on the tip of the failed winch bar, using scanning electron microscopy, was limited owing to the height of the sample (approximately 3.75 inches) and the Plaintiff's Counsel's unwillingness to allow the fractured end of the tip to be cut off to reduce the height of the sample.

Unlike light optical and digital microscopy which rely on visible light to image the surface of a sample, in scanning electron microscopy, a focused beam of high energy electrons is used. Due to the much shorter wavelength of the electron, higher resolution (which allows for examination at higher magnifications) and greater depth of field (which allows for more of the surface profile to be in focus) are possible. Additionally, semi-qualitative elemental analysis of the surface is

January 5, 2018                                                  Report No.: IEC-17-020-1 R1

possible. However, even with environmental scopes which allow the sample to be imaged under low vacuum[9], the sample is placed in a vacuum chamber and there is limited clearance between the stage (where the sample is mounted) and the electron detector. If the sample hits the electron detector, significant and costly damage may occur to the SEM. There are a wide range of SEMs available to IEC; however, none of them have the clearance to allow the fracture surface on the tip of the failed winch bar without significantly tilting the sample and limiting the ability to fully characterize the fracture surface. Based upon the SEM images included in the Plaintiff's expert's report, it appears that they encountered the same limitation but apparently were not concerned with their inability to fully assess the fracture in an SEM.

Despite these limitations, IEC performed a limited SEM characterization of the tip fitting fracture surface, and reviewed the Plaintiff's expert's electron photomicrographs. Figure 28 is a representative SEM photomicrograph in the initiation region along the inside radius bend of the fitting. There are no indications of hydrogen assisted cracking nor any other fabrication related imperfections.



Figure 28: Representative electron photomicrograph showing the edge and part of the fracture surface in the region of initiation along the inside radius bend of the fitting. The fracture surface is relatively smooth and consistent with fatigue crack growth. There are no indications of hydrogen assisted cracking nor any other fabrication related imperfections.

---

[9] The filament, where the electron beam is generated, is maintained under high vacuum but the specimen is maintained in a separate chamber under low vacuum.

January 5, 2018                                                                                Report No.: IEC-17-020-1 R1

DISCUSSION

*Proper Winch Usage*

Recommended guidelines for the use of web tie down assemblies, winches and winch bars are provided by Ancra (in their catalogue, training videos and warning labels), and the Web Sling & Tie Down Association Recommended Standard Specifications. Documents reviewed by IEC regarding the proper usage of the winch and winch bar include:

1. Ancra International, Catalog 220, dated 2013 and 220A dated 2016.
2. Ancra Winch Maintenance & Operating Instructions, unknown date.
3. Ancra Cargo Control 101 Training Video, January 9, 2015.[10]
4. Ancra Promo Video, September 2014.[11]
5. Ancra Ergobar Video, May 18, 2010.[12]
6. Web Sling & Tie Down Association, Recommended Standard Specification for Web Tie Downs, WSTDA-T-1, second revision dated 2005 and third revision dated 2015.
7. Web Sling & Tie Down Association, Recommended Standard Specification for Winches Used With Web Tie Downs, WSTDA-T-3, first revision dated 2007 and second revision dated 2015.

These documents and videos provide guidance and cautionary statements regarding the use of web tie down assemblies. Examples of these statements include:

*Before operating any tie down assembly, the user shall secure his footing to prevent slipping or falling.[13]*

*The user shall stand clear (to one side) of the winch bar handle during operation, in case the winch bar slips. The tip of the winch bar shall be inserted through both holes in the end cap to prevent the winch bar from "slipping out" and overloading the tip and or end cap.[14]*

*Caution. Make sure the tip is completely through both holes in the cap and that the tip is in the downward position. With the winch bar tip up, they tend to roll over. This can cause the operator to lose balance and possibly get injured.[15]*

---

[10] https://www.youtube.com/watch?v=XWQnYhpGCp0&t

[11] https://www.youtube.com/watch?v=UQDwE5PCl10&t

[12] https://www.youtube.com/watch?v=DrSAMPNZOiU&t

[13] Page 93, Ancra Catalog 220.

[14] Ibid.

[15] Ancra training video, *Cargo 101*, starting at 5:13.

January 5, 2018                                     Report No.: IEC-17-020-1 R1

Mr. Bruce testifies[16] that at the time of the accident, he was tightening up the web straps by pulling down on the winch bar and the winch bar broke, hitting him on the shoulder. [17], Mr. Bruce also states the tip of the winch bar was facing down.[18] Assuming the winch bar has always been used for its intended purpose, with properly functioning winches, the fracture evidence shows the subject winch bar has been used with the tip in both the upward and downward angles. Fatigue cracks grow under the application of a tensile stress. For the winch bar, these are caused by pulling on the bar and putting the bar in bending. A tensile stress develops on the top of the bar and a compressive stress on the bottom side of the bar. The fracture includes fatigue cracks which have initiated and grown from both sides of the bar.

In addition, the fracture features in the final overload region (the portion which failed and caused the bar to separate) show that at the time of the failure, the tip of the winch bar was angled upward.

Figure 29 shows an image of proper winch bar usage. The user is standing to the side of the bar, with both feet on the ground, and the tip of the winch bar is angled downward. In this position, with the user's feet on the ground, the maximum force that can be applied to the bar is the users weight. Additionally, even if the bar fails or suddenly drops, by standing to the side, it would be much more difficult for the user to be struck by the bar.

---

[16] Deposition of THOMAS JOSEPH BRUCE, JR., December 12, 2017.
[17] Ibid, page 16, lines 12 to 17.
[18] Ibid, page 21, lines 1-3.

January 5, 2018                                                    Report No.: IEC-17-020-1 R1



Figure 29: Screen capture from the Ancra Cargo 101 training video[19], demonstrating recommended winch bar usage. The user is standing to the side of the bar, with both feet on the ground, and the tip of the winch bar is angled downward.

*Review of Report of Joseph B. Parse*

The Plaintiff's expert, Dr. Parse, asserts the failure of the subject winch bar was the result of growth of pre-existing cracking in the Heat Affected Zone (where the bar tip was welded to the tubular handle), under repetitive loading. Dr. Parse goes on to state *the cracking occurred due to welding of a component of hardened steel, (the hardened "Optional Material" utilized for this part), in a thick section (e.g. the 1.02" diameter bar stock of the failed fitting) and hydrogen uptake in the weld (which could have come from oily or dirty steel, moisture in welding consumables, condensation, the chrome plating process or from some combination of those conditions).[20]*

Dr. Parse fails to show microstructural or fractographic evidence of hydrogen cracking. In addition, the subject winch bar was bright chrome plated and the lower section of the bar (including the tip) were painted yellow after plating. There was no evidence of plating or coating on the fracture surface indicating a pre-existing flaw. Based upon a review of his report, Dr. Parse appears only to speculate that hydrogen "cold cracking" was responsible for fatigue crack initiation.

Fatigue does not require the presence of a manufacturing defect to initiate.

---

[19] https://www.youtube.com/watch?v=XWQnYhpGCp0&t=4s

[20] Report of Joseph B. Parse, Ph.D., *Thomas Bruce Matter: Winch Bar Failure*, November 6, 2017.

Hydrogen assisted cracking (HAC) generally manifests itself as intergranular, or less frequently transgranular fracture. HAC also tends to occur in the hardest microstructure and at the highest stress location. In the HAZ of a weld in a medium carbon steel, HAC commonly occurs in the coarse grained HAZ (that portion of the HAZ closest to the fusion line). HAC due to chromium plating is not commonly experienced in steels with a Rockwell Hardness less the 40 HRC.

The Rockwell hardness measurements on the tip of the failed winch bar, which were performed by Dr. Parse, are not valid.[21] However, it is likely the maximum hardness of the tip fitting (or the HAZ) was on the order of 30 HRC. The maximum microhardness recorded by IEC on the metallographic mount from exemplar bar "B"was 32 HRC (320 HVN).

The HAZ of the tubular handle to tip fitting circumferential weld essentially follows the contour of the weld fusion line (see Figure 24). While the cgHAZ starts out perpendicular to the fitting surface it quickly curves under the weld bead in a semi-circular fashion. If HAC of the cgHAZ served as initiation of the subsequent fatigue damage, the outer portion (nearest the surface of the fitting) would be expected to lie at an angle to the fitting surface running roughly parallel to the weld fusion line. This is not observed in the failed winch bar. Starting at, and immediately adjacent to the fitting surface, there is what appears to be a shallow shear zone (less than approximately 0.016 inches deep). Except where damaged by the rubbing of the surface against another surface (peening), this region of the fracture does not exhibit intergranular or transgranular fracture but rather it is consistent with the appearance of fatigue.

---

[21] Dr. Parse performed the measurements on the tapered side of the failed tip. In addition to having a 5.4° taper, this surface was bright chrome plating. At best the hardness values are a composite of the hardness of the chromium-nickel outer layer, the copper underlayer, and the base metal substrate.