## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS BRUCE** | **CIVIL ACTION NO.** |
| **VERSUS** | **2:17-cv-03940-JTM-JCW** |
| **ANCRA INTERNATIONAL, LLC** | |

*********************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that plaintiff, Thomas Bruce's, Motion to Exclude Testimony of Marshal Clark is set for submission before the Honorable Judge Jane Triche Milazzo, on the 21ST day of February, 2018. Pursuant to the Court's Minute Entry dated December 13, 2017, defendant has five (5) days from the filing of said motion in which to file a response.

Respectfully submitted:

*/s/ Jennifer N. Willis*
JENNIFER N. WILLIS  (#14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:     (504) 488-6301
Facsimile:      (504) 488-6302
jenniferwblaw@bellsouth.net

>GARY J. GAMBEL   (#19864)
>MURPHY, ROGERS, SLOSS, GAMBEL
>  & TOMPKINS
>One Shell Square, Suite 400
>701 Poydras Street
>New Orleans, Louisiana   70139
>Telephone:   (504) 523-0400
>Facsimile:    (504) 523-5574
>ggambel@mrsnola.com
>
>*Counsel for Plaintiff, Thomas Bruce*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on all counsel of record electronically using the Court's CM/ECF system, to which all attorneys in this case have subscribed, on this 24th day of January, 2018

>*/s/ Jennifer N. Willis*