UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **THOMAS BRUCE** | **CIVIL ACTION NO.** |
| **VERSUS** | **2:17-cv-03940-JTM-JCW** |
| **ANCRA INTERNATIONAL, LLC** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S PROPOSED STATEMENT OF THE CASE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Thomas Bruce, who respectfully advises this Honorable Court that the parties have been unable to agree on a joint statement of the case. Plaintiff submits the following proposed statement of the case to be presented to the jury:

This is a case arising out of the failure of a winch bar that Thomas Bruce was using at his work for Dufrene Building Materials. The winch bar, which was sold by Ancra International, LLC as an Ancra product but which was outsourced for fabrication to China, broke while Mr. Bruce was tightening down straps around building materials. Mr. Bruce suffered injuries to his shoulder and his knee which required him to have two separate surgeries. He was completely out of work for a year and now cannot return to his prior duties.

The defendant contends that the bar in question was not defective but that it failed due to misuse.

          Respectfully submitted,

          */s/ Jennifer N. Willis*
          JENNIFER N. WILLIS (#14877)
          WILLIS & BUCKLEY, APC
          3723 Canal Street
          New Orleans, Louisiana 70119
          Telephone:   (504) 488-6301
          Facsimile:    (504) 488-6302
          jenniferw@willisbuckley.com

          */s/ Gary J. Gambel*
          GARY J. GAMBEL     (#19864)
          MURPHY, ROGERS, SLOSS, GAMBEL
            & TOMPKINS
          One Shell Square, Suite 400
          701 Poydras Street
          New Orleans, Louisiana     70139
          Telephone:   (504) 523-0400
          Facsimile:    (504) 523-5574
          ggambel@mrsnola.com

          *ATTORNEYS FOR PLAINTIFF,*
          *THOMAS BRUCE*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been served on all counsel of record electronically using the Court's CM/ECF system, to which all attorneys in this case have subscribed, on this 16th day of April, 2018.

*/s/ Jennifer N. Willis*
